IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re MICROMUSE INC. SECURITIES LITIGATION; | No. C 04-136 SBA |
| | **ORDER** |
| This document relates to all actions. | |

Good cause appearing,

IT IS HEREBY ORDERED THAT the July 13, 2005 Case Management Conference is CONTINUED to **July 27, 2005 at 2:30 p.m.**, and will proceed **telephonically**. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than five (5) days prior to the Case Management Conference and shall address the status of the parties' settlement and scheduling suggestions if appropriate.

Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 7-12-05

SAUNDRA BROWN ARMSTRONG
United States District Judge