**United States District Court**
For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9 In Re MICROMUSE INC. SECURITIES LITIGATION;     Lead Case No. C 04-00136 SBA

10                                                 Consolidated with:

11                                                 C 04-00229-SBA
                                                   C 04-00303-SBA
12                                                 C 04-00476-SBA
                                                   C 04-00633-SBA
13                                                 C 04-00770-SBA
                                                   C 04-00893-SBA
14                                                 C 04-00900-SBA

15                                                 **ORDER**

16 This document relates to all actions

17

18

19     The parties have notified the Court that they have settled this action and that they consent to

20 the assignment of a Magistrate Judge for all further proceedings.[1]

21     Accordingly,

22     IT IS HEREBY ORDERED THAT the each of the above-captioned cases are referred to the

23 Chief Magistrate Judge for assignment to a Magistrate Judge for all further proceedings in

24 accordance with 28 U.S.C. § 636(c).

25 //

26

27 [1]On July 23, 2004, the Court dismissed Case No. C 04-893 SBA ("Derivatives Action").  On July 21, 2005, the Ninth Circuit Court of Appeals remanded the Derivatives Action to this Court for consideration, approval, and/or implementation of the Settlement.  The parties in the Derivatives

28 Action have consented to the assignment of a Magistrate Judge for these purposes.

**United States District Court**
For the Northern District of California

1        IT IS FURTHER ORDERED THAT the July 27, 2005 telephonic Case Management

2   Conference is VACATED.

3        IT IS SO ORDERED.

4

5   Dated: 7/27/05

6                                                    _____
                                                     SAUNDRA BROWN ARMSTRONG
                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2