Joseph J. Tabacco, Jr.  (75284)
Christopher T. Heffelfinger (118058)
Nicole Lavallee (165755)
Michael W. Stocker (179083)
**BERMAN DeVALERIO PEASE TABACCO
   BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382

Michael G. Lange
Deborah Gale Evans
Julie Richmond
**BERMAN DeVALERIO PEASE TABACCO
   BURT & PUCILLO**
One Liberty Square
Boston, MA  02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

Attorneys for Lead Plaintiff Massachusetts
Laborers' Pension Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GHYSELINK,<br><br>    Plaintiff,<br><br>v.<br><br>MICROMUSE INC.<br><br>    Defendant. | No. CV 04-00136 BZ<br><br>CLASS ACTION<br><br>**STIPULATION AND REQUEST FOR ORDER RESETTING HEARING DATE FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date:   September 7, 2005<br>Time:   10:00 a.m.<br>Location: Courtroom G, 15th Floor<br>The Honorable Bernard Zimmerman |

Lead Plaintiff Massachusetts Laborers' Pension Fund ("Mass Laborers' Pension Fund"), by and through its counsel, Berman DeValerio Pease Tabacco Burt & Pucillo ("Berman DeValerio") and defendants Micromuse, Inc., and the individual defendants, by

---

STIPULATION AND REQEST FOR ORDER SETTING HEARING DATE

and through their counsel, recite, stipulate and request that the Court order that hearing on Motion of Lead Plaintiff for Preliminary Approval of (1) Proposed Settlement of the Federal Class Action, (2) Form of Settlement Notice, and (3) Scheduling Hearing on Final Approval of Settlement and for Award of Attorneys' Fees and Reimbursement of Expenses ("Motion of Lead Plaintiff for Preliminary Approval") be advanced from September 21, 2005 to September 7, 2005 at 10:00 a.m. or as soon thereafter as the Court may determine.

Dated: August 29, 2005　　　　　　　　　　**BINGHAM McCUTCHEN LLP**

　　　　　　　　　　　　　　　　　　　　　　　/s/ Dale E. Barnes, Jr.
　　　　　　　　　　　　　　　　　　　　　DALE E. BARNES, JR.

　　　　　　　　　　　　　　　　　　　　　Mary T. Huser
　　　　　　　　　　　　　　　　　　　　　Three Embarcadero Center
　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　　　　Telephone: (415) 393-2000

　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Micromuse, Inc.
　　　　　　　　　　　　　　　　　　　　　and the Individual Defendants

Dated: August 29, 2005　　　　　　　　　　**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

　　　　　　　　　　　　　　　　　　　　　　/s/ Christopher T. Heffelfinger
　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER T. HEFFELFINGER

　　　　　　　　　　　　　　　　　　　　　Joseph J. Tabacco, Jr. (75484)
　　　　　　　　　　　　　　　　　　　　　Christopher T. Heffelfinger (118058)
　　　　　　　　　　　　　　　　　　　　　Nicole Lavallee (16575)
　　　　　　　　　　　　　　　　　　　　　Michael W. Stocker (179083)
　　　　　　　　　　　　　　　　　　　　　425 California Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　　San Francisco, California 94104
　　　　　　　　　　　　　　　　　　　　　Telephone: (415) 433-3200
　　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 433-6382

　　　　　　　　　　　　　　　　　　　　　Attorneys for Lead Plaintiff Massachusetts
　　　　　　　　　　　　　　　　　　　　　Laborers' Pension Fund

STIPULATION AND REQEST FOR ORDER SETTING HEARING DATE

2

1 **ORDER**

2     Good cause appearing therefor, the hearing on the Motion of Lead Plaintiff for
3 Preliminary Approval is set before this Court at 10:00 a.m. on September 7, 2005.

4 Dated: August 29, 2005

6                                          United States District Judge



STIPULATION AND REQEST FOR ORDER SETTING HEARING DATE
3