UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MICROMUSE, INC. SECURITIES LITIGATION, <br><br> This document relates to all actions. | No. C 04-0136 BZ <br><br> **SCHEDULING ORDER** |

**IT IS HEREBY ORDERED** that a further hearing on Motion of Lead Plaintiff for Preliminary Approval of Settlement is scheduled for **Thursday, September 22, 2005, at 8:30 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Any supplemental papers must be filed by **12:00 p.m.** on **September 16, 2005**.

Dated: September 8, 2005

 *Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MICROMUSE LITIGATION\MICROMUSE\SCHEDULING.ORD.wpd

1