Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
Julie J. Bai (227047)
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Norman Berman (Pro Hac Vice)
Leslie R. Stern (Pro Hac Vice)
Julie A. Richmond
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

Counsel for Lead Plaintiff
Massachusetts Laborers' Pension Fund

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>MICROMUSE, INC., SECURITIES LITIGATION<br><br>This Document Relates To All Actions | Master File No. C-04-0136 BZ<br><br>[~~PROPOSED~~] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES<br><br>Date: December 7, 2005<br>Time: 1:30 p.m.<br>Place: 15th Floor, Courtroom G<br>(Hon. Bernard Zimmerman) |

THIS MATTER having come before the Court on December 7, 2005, on the Application of Berman, DeValerio, Pease, Tabacco, Burt & Pucillo, Court appointed Lead Counsel in the above captioned action ("Lead Counsel") for an award of attorneys' fees, reimbursement of expenses, and, following the Effective Date, authorization of payments for claims administration expense, the Court, having considered all papers filed and proceedings conducted herein and having found the settlement of this Action to be fair, reasonable and

[C-04-0136 BZ [PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES]                         1

adequate and otherwise being fully informed in the premises and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. All of the capitalized terms used herein shall have the same meaning as set forth in the Stipulation of Settlement dated September 28, 2005 (the "Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto.

3. The Court hereby awards Lead Counsel attorneys' fees in the amount of $525,000, representing 20% of the $2,625,000 Settlement Fund plus litigation expenses incurred in the amount of $70,754.35, plus any interest thereon at the same rate and for the same period as earned by the Settlement Fund until paid.

4. Following the Effective Date, the following further payments are authorized for claims administration expense (from the Settlement Fund) in addition to the $125,000 initially authorized under the Stipulation of Settlement: (a) $287,000 for claims administration expense incurred as of November 15, 2005 (with such payment being made either to Lead Counsel to the extent that such payment has already been advanced by Lead Counsel to the Claims Administrator; or, to the extent that such payment has not been advanced, then directly to the Claims Administrator); and (b) the further sum of up to $95,000 from the Settlement Fund for projected claims administration expense for the six month period following November 15, 2005 (without prejudice to Lead Counsel seeking leave of Court for additional claims expense).

5. Lead Counsel shall allocate attorneys' fees amongst other Plaintiffs' Counsel in a manner in which they, in good faith, believe reflects the contributions of such counsel to the prosecution and settlement of the Action.

6. The awarded attorneys' fees ($525,000) and expenses ($70,754.35) and interest earned thereon shall be paid to Lead Counsel from the Settlement Fund within 10 days after the Court's entry of Judgment subject to the terms, conditions and obligations of the Stipulation and in particular paragraph 6.2 thereof which terms, conditions and

1 | obligations are incorporated herein.

2 | **IT IS SO ORDERED.**

4 | Dated: 7 Dec 05

THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE