UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MICROMUSE INC. ) <br> SECURITIES LITIGATION ) <br> ) <br> This document related to: ) <br> ALL ACTIONS ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | No. C04-0136 BZ <br><br> <u>Class Action</u> <br><br> **ORDER** |

**IT IS ORDERED** that by no later than **April 25, 2007**, plaintiffs and/or a representative of A.B. Data make a further showing as to how A.B. Data has spent the over $500,000 it has already been paid and why there is a need for a further payment of $146,906.60.

Dated: April 2, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MICROMUSE\ORDER.RE DISBURSEMENT OF SETTLEMENT FUNDS.wpd

1