Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
Julie J. Bai (227047)
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Norman Berman
Leslie R. Stern
Julie A. Richmond
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

Lead Counsel for Lead Plaintiff
Massachusetts Laborers' Pension Fund

E-Filing

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICROMUSE INC. SECURITIES LITIGATION | Master File No. C-04-0136 BZ |
| | <u>CLASS ACTION</u> |
| | [~~PROPOSED~~] ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND |
| This Document Relates To: ALL ACTIONS. | |

WHEREAS:

A.     On May 2, 2007, at 10:00 a.m., before the Honorable Bernard Zimmerman, United States Magistrate Judge, Lead Plaintiff's Motion for Order Authorizing Distribution of the Net Settlement Fund came on for hearing.

B.     On December 8, 2005, the Court entered a Final Judgment and Order of Dismissal, which, *inter alia*, approved the Settlement and Plan of Allocation.

1      C.     As set forth in the Order Preliminarily Approving Settlement and Providing for Notice, the deadline for Class Members to submit claims to participate in a distribution from the Net Settlement Fund was January 9, 2006.

       D.     As reflected in both the Affidavit of Anya Verkhovskaya filed March 26, 2007 ("Verkhovskaya Affidavit") and the Supplemental Affidavit of Anya Verkhovskaya filed on April 9, 2007 ("Supp. Verkhovskaya Affidavit"), Senior Vice President for A.B. Data (the "Claims Administrator"), the process of reviewing all claims has been completed.

       E.     Lead Counsel now seeks authorization to distribute the Net Settlement Fund to Authorized Claimants.

       F.     All claimants whose claims the Claims Administrator proposes to reject were notified of the deficiency in their claims and given an opportunity to contest the rejection.

       G.     The Court has considered the Motion of Lead Counsel for an Order Authorizing Distribution of Settlement Fund, the Verkhovskaya Affidavit, the Supplemental Submission Re Claims Administration Expense In Support Of Motion For Order Authorizing Distribution of the Net Settlement Fund Pursuant To Court's April 2, 2007 Order including the Supplemental Affidavit of Anya Verkhovskaya, the corrections made to the Verkhovskaya Affidavits in open court during the hearing, and all other written and oral submissions of Lead Counsel submitted in support thereof, and good cause appears for the relief requested.

       THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

       1.     At the direction of Berman DeValerio Pease Tabacco Burt & Pucillo, Lead Counsel for the Class, the balance of the Settlement Fund, less the amount necessary for the payment of claims administration expenses and the reserve fund, shall be distributed on a *pro rata* basis to the Authorized Claimants.

       2.     The Court approves the acceptance and payment of the late claims referenced in paragraph 22 of the Verkhovskaya Affidavit.

       3.     The Court approves of the exclusion of those claims whose *pro rata* share is equal to or less than $10.00 per claim, as referenced in paragraph 26 of the Verkhovskaya Affidavit.

       4.     The Court approves the payment of $117,206.96 to pay for further expenses incurred

[C-04-0136 BZ] [PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUNDS

2

by A.B. Data, the Claims Administrator.

5. The Court approves the withholding of $25,000 for a reserve fund to be set aside to pay claims of any disputes that may arise and be resolved in favor of that claimant following the Settlement Fund distribution.

6. Disbursement of the Net Settlement Fund shall be completed by December 1, 2007, and the Court shall be notified of any disputes involving claimants sufficiently in advance of December 1, 2007 to permit the Court to decide the dispute prior to this date.

7. If, after distribution of the Net Settlement Fund, any balance remains as of December 1, 2007 including amounts remaining in the reserve fund described in Paragraph 5 of this Order, Lead Counsel shall immediately both notify the Court of the residue and make a proposal as to the disposition of those funds including whether all or some portion of the residue should be contributed to the Boys' and Girls' Club of the Peninsula as contemplated under the Stipulation of Settlement, and shall await further instructions from the Court on the treatment of the remaining balance.

8. Upon completion of the disbursement of the Net Settlement Fund including disposition of any residue funds, Lead Counsel shall, without the necessity of a further hearing, file:

    a. a declaration detailing the ultimate disbursement recipients and amounts, expenses paid; and

    b. a proposed form of order approving the final disbursements detailed in the declaration and closing the Settlement Administration.

9. A.B. Data is authorized to destroy paper and electronic copies of Claim Forms three years after distribution of the Net Settlement Fund, as referenced in Paragraph 37 of the Verkhovskaya Affidavit.

Dated: 10 May 07

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge

[C-04-0136 BZ] [PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUNDS

3