UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE MICROMUSE, INC. SECURITIES LITIGATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. C 04-0136 BZ<br><br>**ORDER SCHEDULING HEARING** |
| This documents related to: | | |
| All Actions | | |

A hearing to consider the plaintiff's proposal with respect to the remaining settlement funds is scheduled for **Wednesday, January 9, 2008 at 9:00 a.m.** Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: January 3, 2008

                                                Bernard Zimmerman
                                                United States Magistrate Judge

G:\BZALL\ARCHIVE\BZCASES.3\MICROMUSE LITIGATION\MICROMUSE\ORDER SCHED.HRG.wpd

1