Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
**BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Norman Berman
Leslie R. Stern
**BERMAN DEVALERIO PEASE TABACCO
BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

Lead Counsel for Lead Plaintiff
Massachusetts Laborers' Pension Fund

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re MICROMUSE INC. SECURITIES LITIGATION | Master File No. C-04-0136 BZ |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER REGARDING |
| ALL ACTIONS | DISPOSITION OF REMAINING SETTLEMENT FUNDS |

Following a hearing held on January 15, 2008, noticed by the Court, during which Christopher T. Heffelfinger from Berman DeValerio Pease Tabacco Burt & Pucillo, Lead Counsel for Lead Plaintiff Massachusetts Laborers' Pension Fund, and Adrienne L. Taclas from Bingham McCutchen, LLP, counsel for non-party the Boys' and Girls Clubs of the Peninsula ("BGCP") appeared; and it appearing to the Court that BGCP was contemplated under the Stipulation of Settlement, dated September 28, 2005 (filed as Docket No. 146, Exhibit 1) at Paragraph 5.3(c) to receive the balance of settlement funds following completion of the distribution of funds to Authorized Claimants substantially in compliance with the Plan of Allocation described in the Notice to the Class previously approved by the Court; and it further appearing to the Court based

[C-04-0136 BZ] [PROPOSED] ORDER REGARDING DISPOSITION OF REMAINING
SETTLEMENT FUNDS

1  on the latest submission by the Claims Administrator (Docket No. 177) that the remaining funds in

2  the case do not exceed $77,000 in the case, and are not sufficient in amount to warrant a further

3  distribution; and it further appearing to the Court based on the Declaration of Christiaan L. Canter

4  In Support of Distribution of Remaining Settlement Funds In Accordance With Class Action

5  Settlement Agreement (Docket No. 176) ("Canter Declaration") that BGCP is an appropriate

6  charitable recipient for the remaining balance of settlement funds; and it also appearing to the

7  Court based on the Canter Declaration that there has been a change of address for BGCP since the

8  Stipulation of Settlement,

9         **IT IS HEREBY ORDERED:**

10        1.      After reserving $5,000 for estimated tax expense, Lead Counsel shall cause the

11  balance of settlement funds to be distributed promptly to the Boys and Girls Clubs of the Peninsula

12  located at 401 Pierce Road, Menlo Park, California, 94025.

13        2.      Lead Counsel shall similarly cause to be distributed to the Boys and Girls Clubs of

14  the Peninsula any balance of settlement funds remaining following completion of the payment of

15  all tax related expense.

16        3.      By no later than March 3, 2008, Lead Plaintiff shall submit an application to the

17  Court, without the necessity of a further hearing unless otherwise ordered by the Court, including a

18  proposed order for a final accounting together with Lead Plaintiffs' request for an order

19  terminating the settlement administration.

20  Dated:___January 30, 2008__



The Honorable Bernard Zimmerman
United States Magistrate Judge



[C-04-0136 BZ] [PROPOSED] ORDER REGARDING DISPOSITION OF REMAINING
SETTLEMENT FUNDS

2