Joseph J. Tabacco, Jr. (75284)
Christopher T. Heffelfinger (118058)
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Norman Berman
Leslie R. Stern
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

**Lead Counsel for Lead Plaintiff Massachusetts Laborers' Pension Fund**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re MICROMUSE INC. SECURITIES LITIGATION | Master File No. C-04-0136 BZ |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br>ALL ACTIONS | **[PROPOSED] ORDER APPROVING FINAL ACCOUNTING; TERMINATING SETTLEMENT ADMINISTRATION; AND DISCHARGING LEAD COUNSEL, LEAD PLAINTIFF AND THE CLAIMS ADMINISTRATOR FROM FURTHER DUTIES IN CONNECTION THEREWITH** |
| | [No Hearing Set Unless Otherwise Ordered] |

Having considered the papers filed by the Lead Plaintiff Massachusetts Laborers' Pension Fund ("Mass Laborers' Pension Fund") for an Order Approving Final Accounting, Terminating Settlement Administration; and Discharging Lead Counsel, Lead Plaintiff and the Claims Administrator From Further Duties in Connection Therewith; it appearing to the

Court that the balance of settlement funds in the sum of $70,186.83, less a reserve of $5,000 for tax expenses, was paid to the Boys & Girls Clubs of the Peninsula ("BGCP") in accordance with the Court's Order dated January 30, 2008; it further appearing to the Court based on the affidavit of the claims administrator that tax returns for 2005 and 2006 were prepared and filed and that there are no taxes due for either 2007 or 2008, and that all required tax returns for 2007 and 2008 will be filed by no later than April 15, 2008 and that the final invoice for tax related services for 2007 and 2008 is $2,700; and it also appearing to the Court that the remaining funds in the reserve account in the amount of $2,300 have been distributed to BGCP and that there are no funds left to distribute; and for good cause shown,

IT IS HEREBY ORDERED,

1. The final accounting attached hereto as Exhibit A is approved;

2. The settlement administration is terminated; and

3. Lead Plaintiff, Lead Counsel and the Claims Administrator are discharged from any further duties in connection with the administration of the settlement fund.

DATED: March 4, 2008  
_____  
MAGISTRATE JUDGE BERNARD ZIMMERMAN  
UNITED STATES DISTRICT JUDGE



[Master File No. C-04-0136 BZ ] [PROPOSED] ORDER APPROVING FINAL ACCOUNTING; TERMINATING SETTLEMENT ADMINISTRATION; AND DISCHARGING LEAD PLAINTIFF, LEAD COUNSEL AND THE CLAIMS ADMINISTRATOR FROM FURTHER DUTIES IN CONNECTION THEREWITH        2