Joseph J. Tabacco, Jr. (75284)
Christopher T. Heffelfinger (118058)
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Norman Berman
Leslie R. Stern
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

**Lead Counsel for Lead Plaintiff Massachusetts Laborers' Pension Fund**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re MICROMUSE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Master File No. C-04-0136 BZ<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11 AND 79-5(b) and (c) TO FILE UNDER SEAL<br><br>[No Hearing Set Unless Otherwise Ordered] |

Having considered Lead Plaintiff Massachusetts Laborers' Pension Fund's ("Lead Plaintiff") Motion for Administrative Relief Pursuant to Civil Local Rule 7-11 and 79-5(b) and (c) to File Under Seal the unredacted version of the Application for Order Vacating the Court's March 4, 2008 Order; Conditionally Approving Amended Final Accounting; Authorizing Payment to Recently Located Claimant; and Conditionally Authorizing Further *Cy Pres* Distribution of Remaining Funds to the Boys and Girls Club of the Peninsula ("Application for Order"); the

1  unredacted version of the Affidavit of Michelle La Count in Support of the Application for Order
2  ("La Count Affidavit"); and Exhibits A and B attached to the La Count Affidavit in their entirety,
3  the Lead Plaintiff's motion is GRANTED. The Application for Order, the La Count Affidavit and
4  Exhibits A and B to the La Count Affidavit shall be filed UNDER SEAL.

5  DATED:   April 28, 2008

   _____
   BERNARD ZIMMERMAN
6  UNITED STATES MAGISTRATE JUDGE



[C-04-0136 BZ] [PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE
RELIEF PURSUANT TO CIV. L.R. 7-11 AND 79-5(b) AND (c) TO FILE UNDER SEAL        2