Joseph J. Tabacco, Jr. (75284)
Christopher T. Heffelfinger (118058)
**BERMAN DEVALERIO PEASE TABACCO**
**BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Norman Berman
Leslie R. Stern
**BERMAN DEVALERIO PEASE TABACCO**
**BURT & PUCILLO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194

**Lead Counsel for Lead Plaintiff**
**Massachusetts Laborers' Pension Fund**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICROMUSE INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Master File No. C-04-0136 BZ<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER VACATING THE COURT'S MARCH 4, 2008 ORDER; CONDITIONALLY APPROVING AMENDED FINAL ACCOUNTING; AUTHORIZING PAYMENT TO RECENTLY LOCATED CLAIMANT; AND CONDITIONALLY AUTHORIZING FURTHER *CY PRES* DISTRIBUTION OF REMAINING FUNDS TO THE BOYS AND GIRLS CLUB OF THE PENINSULA |

[Master File No. C-04-0136 BZ ] [PROPOSED] ORDER VACATING THE COURT'S MARCH 4, 2008 ORDER; CONDITIONALLY APPROVING AMENDED FINAL ACCOUNTING; AUTHORIZING PAYMENT TO RECENTLY LOCATED CLAIMANT; AND CONDITIONALLY AUTHORIZING FURTHER *CY PRES* DISTRIBUTION OF REMAINING FUNDS TO THE BOYS AND GIRLS CLUB OF THE PENINSULA          1

Having considered the papers filed by the Lead Plaintiff Massachusetts Laborers' Pension Fund ("Mass Laborers' Pension Fund") for an Order Vacating the Court's prior Order of March 2008; Conditionally Approving an Amended Final Accounting, Authorizing Payment to a Recently Located Claimant, and Conditionally Authorizing a Further *Cy Pres* Distribution to the Boys and Girls' Club of the Peninsula ("BGCP"); it further appearing to the Court that $44,688.92 was returned to the Claims Administrator by reason of a substantially duplicative payment having been made to the same claimant under a different claim submission; it further appearing to the Court based on the affidavit of the claims administrator that tax returns for 2005 and 2006 were prepared and filed and that there are no taxes due for either 2007 or 2008, and that all required tax returns for 2007 and 2008 have been filed, and that all tax expense associated with the preparation of all necessary tax returns has been paid; and that following making the payments contemplated by this order there will be no funds left to distribute; and for good cause shown,

IT IS HEREBY ORDERED,

1. The Court's Order dated March 4, 2008 is vacated;

2. The final accounting attached hereto as Exhibit A is approved effectively on the ninetieth day following the date of this order providing there are no further adjustments to be made to the final accounting and Lead Counsel submits a notice to the Court to this effect;

3. Lead Counsel shall notify the Court promptly if any further adjustments to the Final Accounting must be made;

4. The Claims Administrator shall pay Claim No. 513238 in the sum of $602.07 from the remaining funds forthwith;

5. Providing no further adjustments must be made to the accounting submitted herewith, and notice to that effect has been submitted to the Court by Lead Counsel after ninety days, then at that time (a) the Claims Administrator shall distribute the remaining funds to the Boys and Girls Club of the Peninsula; (b) the settlement administration will be terminated; and

(c) Lead Plaintiff, Lead Counsel and the Claims Administrator will be discharged from any further duties in connection with the administration of the settlement fund.

DATED: May 7, 2008

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE



[Master File No. C-04-0136 BZ ] [PROPOSED] ORDER VACATING THE COURT'S MARCH 4, 2008 ORDER; CONDITIONALLY APPROVING AMENDED FINAL ACCOUNTING; AUTHORIZING PAYMENT TO RECENTLY LOCATED CLAIMANT; AND CONDITIONALLY AUTHORIZING FURTHER *CY PRES* DISTRIBUTION OF REMAINING FUNDS TO THE BOYS AND GIRLS CLUB OF THE PENINSULA          3

# EXHIBIT A

| DATE | DESCRIPTION | AMOUNT | AUTHORITY |
|---|---|---|---|
| 11/18/05 | Deposit into "Notice and Administration Fund" for administrative costs | $125,000.00 | Stipulation of Settlement dated 09/28/05 ("Stipulation") ¶2.2; Final Judgment and Order of Dismissal dated 12/07/05 ("Final Order") ¶5; Order Awarding Attorneys' Fees and Expenses dated 12/08/05 ("Fees Order") ¶4 |
| 12/22/05 | Deposit into "Escrow Account" for Settlement Fund | $2,500,000.00 | Stipulation ¶2.3; Final Order ¶5 |
| 12/22/05 | Deposit into "Escrow Account" for Derivative Plaintiffs | $194,085.83 | Stipulation ¶2.3; Order of Final Judgment and Order of Dismissal with Prejudice in derivative action, Case No. C-04-0893 BZ ("Final Derivative Order") ¶10 |
| 01/05/06 | Payment to A.B. Data (total balance in "Notice and Administration Fund") | ($125,063.70) | Stipulation ¶2.8 |
| 05/03/06 | Transfer to Berman DeVelario- Attorney Fee Payment | ($525,000.00) | Fees Order ¶6 |
| 05/03/06 | Transfer to Berman DeVelario- Attorney Interest Payment | ($5,154.49) | Fees Order ¶6 |
| 05/03/06 | Transfer to Berman DeVelario- Attorney Expense Payment | ($70,754.35) | Fees Order ¶6 |
| 05/05/06 | Wire transfer to Federman & Sherwood-Derivative Plaintiff Attorney Fee (total balance in "Escrow Account" held for Derivative Plaintiffs) | ($194,479.60) | Final Derivative Order ¶10 |
| 05/18/06 | Payment to A.B. Data (transferred amount from "Escrow Account" to "Notice and Administration Fund" for administrative costs) | ($382,000.00) | Fees Order ¶4. |
| 10/05/06 | Tax reimbursement payment to A.B. Data for 2005 taxes | ($313.00) | Stipulation ¶2.9(c) |

| DATE | DESCRIPTION | AMOUNT | AUTHORITY |
|---|---|---|---|
| 10/10/06 | Refund check from State of California for 2005 tax year | $6.09 | Stipulation ¶2.9(c) |
| 01/08/07 | Payment to IRS for 2005 Taxes (transferred amount from "Escrow Account" to "Notice and Administration Fund" for administrative costs) | ($2.96) | Stipulation ¶2.9(c) |
| 06/13/07 | Payment to A.B. Data | ($117,206.96) | Order Authorizing Distribution of Settlement Fund dated 05/10/07 "Distribution Order" ¶4 |
| 2007 | Class Distribution | ($1,407,948.82) | Order Authorizing Distribution of Settlement Fund dated 05/10/07 "Distribution Order" ¶¶1, 2, 3 |
| 2005 to 2008 | Golden Gate Bank – Wire Transfer Fee | ($30.00) | Stipulation ¶1.13 |
| 02/07/08 | Golden Gate Bank – Interest accrued from 2005 to 2008 | $84,048.79 | Stipulation ¶1.14 |
| 02/07/08 | *Cy Pres* Distribution to BGCP | ($70,186.83) | Order Regarding Disposition of Remaining Settlement Funds dated 01/30/08 ("Remaining Funds Order") ¶1 |
| 02/26/08 | Payment to A.B. Data for preparation of 2007 and 2008 tax return | ($2,700.00) | Remaining Funds Order ¶2 |
| 02/29/08 | *Cy Pres* Distribution to BGCP | ($2,300.00) | Remaining Funds Order ¶2 |
| 04/01/08 | Refund of duplicate payment of Claim No. No. 521601 | $44,688.92 | La Count Aff. ¶¶ 9 |
| To Be Issued | Reissue of Claim No. 513238 | ($602.07) | La Count Aff. ¶ 22, 23, 25 |
| To Be Issued | Proposed *Cy Pres* distribution to BGCP | ($44,086.85) | La Count Aff. ¶ 24, 25 |
| | BALANCE: | 0.00 | |